# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Kenneth D Sabol          BK NO. 20-02967 MJC

         Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Limosa LLC and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
08 May 2023, 16:46:37, EDT

        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        215-627-1322