IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kenneth D Sabol<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>5:20-bk-02967-MJC |
| Oak Harbor Management as servicer for Limosa, LLC<br>    Movant.<br>v.<br>Kenneth D Sabol<br>    Debtor/Respondent,<br>Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## **REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].

Reason for the continuance: To allow more time to complete and circulate the Stipulation Order

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

                                            Respectfully submitted,

Dated: July 5, 2023                 BY:*/s/ Christopher A. DeNardo*
                                            Christopher A. DeNardo 78447
                                            LOGS Legal Group LLP
                                            3600 Horizon Drive, Suite 150
                                            King of Prussia, PA 19406
                                            (610) 278-6800
                                            logsecf@logs.com

---

[1] No alterations or interlineations of this document are permitted.

2 If this is not a first request for a continuance, then a Motion to Continue must be filed.