IN THE UITED STATES BANKRUPCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE:<br>KENNETH D. SABOL<br><br>    DEBTOR<br><br>MCLP ASSET COMPANY, INC.<br><br>    CREDITOR<br><br>KENNETH D. SABOL, DEBTOR, AND<br>JACK N ZAHAROPOULOS, TRUSTEE<br><br>    RESPONDENTS | CHAPTER 13<br><br>CASE NO. 5:20-bk-02967-MJC<br><br>JUDGE MARK J. CONWAY |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of MCLP Asset Company, Inc., and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 13th day of July 2023

Respectfully submitted,
/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 13th of July 2023.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# SERVICE LIST (CASE NO. 5:20-bk-02967-MJC)

*DEBTOR*
KENNETH D. SABOL
221 E. BERTSCH STREET
LANSFORD, PA 18232

*ATTORNEYS*
DAVID S. GELLERT
DAVID S. GELLERT PC
1244 HAMILTON STREET
SUITE 204
ALLENTOWN, PA 18102
DSGATN@RCN.COM

*TRUSTEE*
JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*ASST. U.S. TRUSTEE*
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101
USTPREGION03.HA.ECF@USDOJ.GOV