IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey Weikel a/k/a Jeffery Allen Weikel and Wendy S Weikel a/k/a Wendy S Curran<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>4:21-bk-01697-MJC |
| Oak Harbor Management as servicer for Land Home Financial Services, Inc. as servicer for Limosa, LLC<br>    Movant.<br>v.<br>Jeffrey Weikel a/k/a Jeffery Allen Weikel and Wendy S Weikel a/k/a Wendy S Curran<br>    Debtors/Respondents,<br>Jack N Zaharopoulos, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## **REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST\***

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

    ☐ Thirty (30) days.

    ☒ Forty-five (45) days.

    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 09/22/2023

Respectfully submitted,
BY: */s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

\*No alterations or interlineations of this document are permitted. **Revised** 12/19/2005