IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Middle District of Pennsylvania
WILKES-BARRE DIVISION

IN RE: KENNETH D SABOL

CASE NO. 5-20-BK-02967

CLAIM: 2

### NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, National Collegiate Student Loan Trust 2003-1 hereby request the Trustee payment address on its claim for the above mentioned case be changed from the following address:

**National Collegiate Student Loan Trust 2003-1**
**Transworld Systems Inc**
**PO BOX 96525**
**CHARLOTTE NC 282960525**

To the new address below:

**National Collegiate Student Loan Trust 2003-1**
**Transworld Systems Inc**
**PO Box 17116**
**Wilmington DE 19850**

This address change pertains to Trustee payments for this claim filed by the Creditor.

/s/ Lestellia Joyner                                  Date: 11/17/2023
Lestellia Joyner
Telephone: (800) 209-9161