IN THE UITED STATES BANKRUPCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE:<br>KENNETH D. SABOL<br><br>    DEBTOR<br><br>MCLP ASSET COMPANY, INC.<br><br>    CREDITOR<br><br>KENNETH D. SABOL, DEBTOR, AND<br>JACK N ZAHAROPOULOS, TRUSTEE<br><br>    RESPONDENTS | CHAPTER 13<br><br>CASE NO. 5:20-bk-02967-MJC<br><br>JUDGE MARK J. CONWAY |

## ORDER APPROVING MOTION TO APPROVE LOAN MODIFICATION

AND NOW, this ___ day of _____, 2024 at Wilkes-Barre, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on <u>April 25, 2024</u> does not violate the automatic stay nor the provisions of 11 U.S.C. § 549.

_____
United States Bankruptcy Judge