IN THE UITED STATES BANKRUPCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE:<br>KENNETH D. SABOL<br><br>DEBTOR<br><br>MCLP ASSET COMPANY, INC.<br><br>CREDITOR<br><br>KENNETH D. SABOL, DEBTOR, AND<br>JACK N ZAHAROPOULOS, TRUSTEE<br><br>RESPONDENTS | CHAPTER 13<br><br>CASE NO. 5:20-bk-02967-MJC<br><br>JUDGE MARK J. CONWAY |

## CERTIFICATE OF NO OBJECTION REGARDING MCLP ASSET COMPANY, INC.'S MOTION TO APPROVE LOAN MODIFICATION AGREEMENT

I, Joshua I. Goldman, Esquire, attorney for Movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by the Debtor or the Trustee on the Motion to Approve Loan Modification that was filed on July 9, 2024. No objections to the Motion to Approve Loan Modification were to be filed and served no later than July 30, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully Submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*

# CERTIFICATE OF SERVICE

I, Joshua I. Goldman, attorney for Movant, do hereby certify that true and correct Copies of the foregoing Certificate of No Objection have been served on July 31, 2024, by first class mail, and/or electronic means upon those listed below:

*DEBTOR*
KENNETH D. SABOL
221 E. BERTSCH STREET
LANSFORD, PA 18232

*ATTORNEYS*
DAVID S. GELLERT
DAVID S. GELLERT PC
1244 HAMILTON STREET
SUITE 204
ALLENTOWN, PA 18102
DSGATN@RCN.COM

*TRUSTEE*
JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*ASST. U.S. TRUSTEE*
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101
USTPREGION03.HA.ECF@USDOJ.GOV

Respectfully submitted,

/s/ Joshua I. Goldman
JOSHUA I. GOLDMAN, ESQ.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*