In re:                                                             Case No. 20-02967-MJC

Kenneth D Sabol                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                           User: AutoDocke                               Page 1 of 3
Date Rcvd: Nov 01, 2024                     Form ID: ordsmiss                          Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth D Sabol, 221 E. Bertsch Street, Lansford, PA 18232-2106 |
| cr | + | Limosa, LLC, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | + | MCLP Asset Company, Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5364084 | + | Carbon County Tax Claim Bureau, P.O. Box 37, Jim Thorpe, PA 18229-0037 |
| 5364088 | + | Hamilton Law Group, P.O. Box 90301, Allentown, PA 18109-0301 |
| 5364089 | + | Land Home Financial Services, P.O. Box 25164, Santa Ana, CA 92799-5164 |
| 5364090 | | Limosa LLC, c/o KML Law Group, Philadelphia, PA |
| 5364091 | + | Medical Associates of LV, 1605 North Cedar Crest Boulevard, Allentown, PA 18104-2351 |
| 5364093 | + | Portnoff Associates, P.O. Box 391, Norristown, PA 19404-0391 |
| 5364094 | + | St. Lukes University Health Newtwor, 801 Ostrum Street, Bethlehem, PA 18015-1000 |
| 5364096 | + | Tansworld Systems Inc., 500 Vrginia Drive, Suite 514, Fort Washington, PA 19034-2733 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: TSIBNCBOX4275@tsico.com | Nov 01 2024 18:37:00 | National Collegiate Student Loan Trust 2003-1, Transworld Systems Inc, PO BOX 96525, CHARLOTTE, NC 282960525 |
| cr | | Email/Text: bkecf@padgettlawgroup.com | Nov 01 2024 18:37:00 | MCLP Asset Company, Inc., Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahasee, FL 38672 |
| 5364083 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 01 2024 18:37:41 | Caine & Weiner, P.O. Box 55848, Van Nuys, CA 91411 |
| 5364085 | + | EDI: CCS.COM | Nov 01 2024 22:35:00 | Credit Collection Services, P.O. Box607, Norwood, MA 02062-0607 |
| 5459109 | + | Email/Text: dsgrdg@ptdprolog.net | Nov 01 2024 18:37:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 5364086 | ^ | MEBN | Nov 01 2024 18:33:26 | Financial Recoveries, 200 East Park Drive Suite 100, P.O. Box 1388, Mount Laurel, NJ 08054-7388 |
| 5364087 | ^ | MEBN | Nov 01 2024 18:33:26 | Financial Recoveries, P.O. Box 1388, Mount Laurel, NJ 08054-7388 |
| 5373608 | + | EDI: IRS.COM | Nov 01 2024 22:35:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 5365391 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2024 18:41:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5370187 | ^ | MEBN | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 01 2024 18:33:42 | Land Home Financials Services, Inc., 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 5555143 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 01 2024 18:37:00 | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing 29603-0826 |
| 5555142 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 01 2024 18:37:00 | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5369782 | + | Email/Text: TSIBNCBOX4275@tsico.com | Nov 01 2024 18:37:00 | National Collegiate Student Loan Trust 2003-1, Transworld Systems Inc, PO Box 17116, Wilmington DE 19850-7116 |
| 5364092 | + | EDI: PENNDEPTREV | Nov 01 2024 22:35:00 | PA Department of Revenue, Bankruptcy Dept., P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 5364092 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 01 2024 18:37:00 | PA Department of Revenue, Bankruptcy Dept., P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 5554267 | | Email/Text: bkecf@padgettlawgroup.com | Nov 01 2024 18:37:00 | MCLP Asset Company, Inc., c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 |
| 5364097 | + | Email/Text: Bankruptcy@TekCollect.com | Nov 01 2024 18:37:00 | Tek Collect, Inc., P.O. Box 1269, Columbus, OH 43216-1269 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5364095 | ##+ | Statewide Tax Recovery, P.O. Box 752, Sunbury, PA 17801-0752 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor MCLP Asset Company  Inc. logsecf@logs.com, cistewart@logs.com |
| Christopher A DeNardo | on behalf of Creditor Limosa  LLC logsecf@logs.com, cistewart@logs.com |
| David S. Gellert | |

on behalf of Debtor 1 Kenneth D Sabol dsgatn@rcn.com r46641@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Limosa LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Joshua I Goldman
    on behalf of Creditor MCLP Asset Company Inc. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Michelle McGowan
    on behalf of Creditor MCLP Asset Company Inc. mimcgowan@raslg.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William Edward Miller
    on behalf of Creditor MCLP Asset Company Inc. william.miller@padgettlawgroup.com, BKECF@padgettlawgroup.com

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kenneth D Sabol,             Chapter     13

    **Debtor 1**

Case No.     5:20−bk−02967−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: November 1, 2024

ordsmiss (05/18)